IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JEANETTE C. FIDLER, et al., | Case No. C2 07 1265 |
| Plaintiffs. | |
| v. | JUDGE SARGUS |
| STEPHANIE E. MILLER, | Magistrate Judge Kemp |
| Defendant. | |

## DISMISSAL ENTRY

By agreement of the parties and for good cause shown, the captioned matter is hereby settled and DISMISSED with PREJUDICE to future action by Plaintiffs.

No record. Costs to Defendant.

4-9-2009

JUDGE EDMUND A. SARGUS, JR.

APPROVED BY:

MICHAEL D. DORTCH     (0043897)
KRAVITZ BROWN & DORTHCH LLC
65 East State Street, Suite 200
Columbus, OH 43215
Telephone: (614) 464-2000
Facsimile: (614) 464-2002
*Trial Attorney for Plaintiffs.*

MICHAEL R. HENRY     (0030386)
CRABBE, BROWN & JAMES LLP
500 South Front Street, Suite 1200
Columbus, OH 43215
Telephone: (614) 229-4544
Facsimile: (614) 229-4559
*Trial Attorney for Defendant,
Stephanie E. Miller.*

DAVID A. JIVIDEN     (Pro Hoc Vice)
JIVIDEN LAW OFFICES, PLLC
729 N. Main Street
Wheeling, WV 26003
Telephone: (304) 232-8888
Fax: (304) 232-8555
*Of Counsel for Plaintiffs.*

346618